| Attorney or Party without Attorney: Tina Wolfson (SBN 174806)<br>AHDOOT & WOLFSON, PC<br>2600 W Olive Avenue Suite 500<br>Burbank, CA 91505<br>Telephone No: (310) 474-9111<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>Sean Mortazi v. TikTok Inc | For Court Use Only | | |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: Sean Mortazi, individually and on behalf of all others similarly situated<br>Defendant: TikTok Inc., a California corporation | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:26-cv-06371-SVW-PD |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice Of Interested Parties Pursuant To Civ. L.R. 7.1-1; Notice of Assignment to United States Judges

3. *a. Party served:* TikTok Inc., a California corporation
   *b. Person served:* Skylar Leih, Authorized to Accept Service for CSC Lawyers Incorporating Service, Agent for Service of Process
   *served under F.R.C.P. Rule 4.*

4. *Address where the party was served:* 2710 Gateway Oaks Drive Suite 150N, Sacramento, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jun 19 2026 (2) at: 11:13 AM

6. ***Person Who Served Papers:***
   a. Michael Morris (2012-33, Sacramento)
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111
   **d.** ***The Fee*** *for Service was:* $122.10

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

06/19/2026
(Date)

(Signature)