NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
JEREMY S. SMITH, SBN 283812
WESLEY SZE, SBN 306715
333 South Grand Avenue
Los Angeles, California 90071-3197
Phone: 213.229.7000

ATTORNEY(S) FOR: Defendant TikTok Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Sean Mortazi, individually and on behalf of all others similary situated,

Plaintiff(s),

v.

TikTok Inc., a California corporation,

Defendant(s)

CASE NUMBER:
2:26-cv-06371-SVW-PD

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for TikTok Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Sean Mortazi | Plaintiff |
| TikTok Inc. | Defendant |

Defendant TikTok Inc. is a wholly owned subsidiary of TikTok LLC, which is a wholly owned subsidiary of TikTok Ltd., which is a wholly owned subsidiary of Bytedance Ltd., which is a privately-held company. No public entity owns 10% or more of the stock of TikTok Inc.

July 7, 2026
Date

/s/ Christopher Chorba
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant TikTok Inc.