Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
AHDOOT & WOLFSON, PC
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sean Mortazi, individually and on behalf of all others similarly situated,<br>Plaintiff(s),<br>v.<br>TikTok Inc., a California corporation,<br>Defendant(s). | CASE NUMBER<br>2:26-cv-06371-SVW-PD<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

- ☑ This action is dismissed by the Plaintiff(s) in its entirety.
- ☐ The Counterclaim brought by Claimant(s) __________ is dismissed by Claimant(s) in its entirety.
- ☐ The Cross-Claim brought by Claimants(s) __________ is dismissed by the Claimant(s) in its entirety.
- ☐ The Third-party Claim brought by Claimant(s) __________ is dismissed by the Claimant(s) in its entirety.
- ☐ **ONLY** Defendant(s) __________ is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by __________.

The dismissal is made pursuant to F.R.Civ.P. 41(a)(1)(A)(i) without prejudice.

July 27, 2026
*Date*

/s/ Tina Wolfson
*Signature of Attorney/Party*

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*